# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134688

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FRANK CARNELL SMITH,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134688
COA: 277842
Oakland CC: 2006-207091-FC

On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

p1022